UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CR-80125-AHS

UNITED STATES OF AMERICA

vs.

ANTHONY CARLO TURSI,

Defendant.
_______________________________________/

**UNITED STATES OF AMERICA'S NOTICE OF REASSIGNMENT**

The undersigned Assistant United States Attorney, Daren Grove, hereby appears as counsel for the United States of America regarding any forfeiture issues in the above-styled case. The prior forfeiture counsel for the United States, Assistant United States Attorney Gabrielle Raemy Charest-Turken, is no longer counsel of record for the United States in this case.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: *s/ Daren Grove*
_____________________________

Daren Grove (Court No. A5501243)
Assistant United States Attorney
E-mail: daren.grove@usdoj.gov
500 E. Broward Boulevard, Suite 822
Fort Lauderdale, Florida 33394
Telephone: 954.660.5774
Facsimile: 954.356.7180