**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:26-cr-80125-AHS**

**UNITED STATES OF AMERICA,**

**v.**

**ANTHONY CARLO TURSI,**

**Defendant.**
_________________________________/

**AGREED MOTION TO CONTINUE CHANGE OF PLEA HEARING**

The United States of America, through undersigned counsel, submit this Motion to Continue the Change of Plea Hearing currently scheduled for October 6, 2026, and in support states:

1. On June 23, 2026, the United States Attorney for the Southern District of Florida charged Defendant by Information with one count of conspiracy to commit health care fraud and one of count of conspiracy to solicit and receive health care kickbacks. [ECF No. 1].

2. On August 27, 2026, the Court set Defendant's change of plea hearing October 6, 2026.

3. The undersigned counsel is scheduled to be out of the district on that date for official U.S. Department of Justice business.

4. Accordingly, after conferring schedules, the Parties agree to a continuance after October 28th that also accommodates the Court's schedule.

WHEREFORE, the Parties jointly seek the relief requested herein. Based on the foregoing, the Parties respectfully request that the Court grant this Motion.

Dated: September 29, 2026

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

COLIN M. MCDONALD
ASSISTANT ATTORNEY GENERAL
NATIONAL FRAUD ENFORCEMENT DIVISION

By: *<u>/s/ Reginald Cuyler Jr.</u>*
Reginald Cuyler Jr.
Florida Bar No. 0114062
Trial Attorney
United States Department of Justice
National Fraud Enforcement Division
1400 New York Avenue NW
Washington, D.C. 20005
Tel: (202) 748-3024 (Cuyler)
reginald.cuyler.jr@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on September 29, 2026, I electronically filed the foregoing document onto the Court's CM/ECF system.

*<u>/s/ Reginald Cuyler Jr.</u>*
Trial Attorney
U.S. Department of Justice